UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA MORENO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZUCKERMAN FAMILY FARMS, INC., et al.<br><br>　　　　　Defendants. | No.  2:25-cv-01574-CKD<br><br><br>ORDER |

The Court is in receipt of plaintiff Jose Maria Moreno's ex parte application for leave to conduct removal-based discovery and an extension of time to file a motion for remand. (ECF No. 7.) The Court set forth a briefing schedule (ECF No. 9) and defendants Zuckerman Family Farms, Inc.; Zuckerman-Mandeville, Inc.; Zuckerman Produce, Inc.; Heritage Land Co., Inc.; Zuckerman Heritage, Inc.; and Delta Farms Packaging, Inc. filed an opposition (ECF No. 12). Plaintiff filed a reply. (ECF No. 13.) On July 3, 2025, Defendants filed a motion for leave to file a surreply to plaintiff's motion. (ECF No. 14.) Given that plaintiff indicated that the motion for remand was due July 7, 2025, the Court issued a minute order granting plaintiff a limited extension of time to respond to defendants' notice of removal; the length of the extension to be determined by written order. (ECF No. 15.) The Court also relieved plaintiff of having to file its motion for remand by July 7, 2025. (Id.)

On June 18, 2025, plaintiff filed an ex parte application for leave to conduct removal-based discovery and to extend the time to file a motion for remand. (ECF No. 7.) Plaintiff offers two reasons for challenging defendants' removal of this case: because the notice was untimely and because defendants cannot meet their burden to establish the requisite diversity of citizenship under the Class Action Fairness Act (id. at 7). Plaintiff seeks an extension of time to respond to defendants' notice of removal in order to conduct discovery. (Id. at 8-9.)

It is not clear to the Court why both of these grounds require an extension of time to respond to the notice of removal. First, it does not appear that discovery is necessary to determine whether the notice of removal was untimely. Second, under 28 U.S.C. § 1447(c), a motion to remand the case "on the basis of any defect <u>other than lack of subject matter jurisdiction</u> must be made within 30 days after the filing of the notice of removal under section 1446(a)." 28 U.S.C. § 1447(c) (emphasis added).

Accordingly, the parties are ordered to submit simultaneous briefing on whether defendants' notice of removal of this case was untimely. The Court will then address the issue of whether there is diversity of citizenship under the Class Action Fairness Act and whether discovery is warranted.

## ORDER

Accordingly, the parties are ORDERED to submit simultaneous briefing on whether defendants' notice of removal of this case was untimely within fourteen (14) days. Each party's brief is limited to five (5) pages.

Dated: July 8, 2025

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, more.1574.25

2