UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA MORENO, | Case No. 2:25-CV-01574-CKD |
| Plaintiff, | |
| v. | ORDER |
| ZUCKERMAN FAMILY FARMS, ET AL., | (ECF No. 41) |
| Defendant. | |

On February 25, 2026, Plaintiff Jose Maria Moreno filed a request for clarification of the Court's order dated February 6, 2026. (ECF No. 41.) The Court's February 6, 2026, order granted Defendants Zuckerman-Mandeville, Inc., Zuckerman Produce, Inc., Heritage Land Co., Inc., Zuckerman-Heritage, Inc., and Delta Farms Packaging, Inc.'s motion to dismiss the First Amended Complaint ("FAC") with leave to amend. (ECF No. 40.) The order also denied as moot Plaintiff's motion to file a Second Amended Complaint ("SAC") and both parties' requests for judicial notice. *Id*. at 9. Finally, the Order required Plaintiff to file a SAC within 30 days. *Id*.

Plaintiff requests that the Court clarify whether the Order dismissed the First Amended Complaint ("FAC") as to all Defendants, including Zuckerman Family Farms ("ZFF"), or to the remaining, non-ZFF Defendants. (ECF No. 41.) After review of the February 6 order, the Court finds that it made a clerical error in dismissing the FAC for all Defendants. Neither Defendant

1

ZFF nor Does 1-50 were parties to the non-ZFF Defendants' motion to dismiss, and are not dismissed from Plaintiff's FAC. *See* (ECF No. 33.)

In accordance with above, IT IS ORDERED that:

1. The FAC stands as to Defendants Zuckerman Family Farms and Does 1-50;

2. Plaintiff may, but is not required to, file any amended complaint labeled "Second Amended Complaint," no later than thirty (30) days from the date of this order.

Dated:  March 3, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2